ORIGINAL

CAROL C. LAM
United States Attorney
TIMOTHY F. SALEL
Assistant United States Attorney
California State Bar No. 163597
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6074

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
OCT 3 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06CR0534-BEN |
| Plaintiff, | |
| v. | STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND ORDER THEREON |
| VICTOR MANUEL ROMAN-BARBOZA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and defendant VICTOR MANUEL ROMAN-BARBOZA ("Defendant"), with the advice and consent of defense counsel, John C. Lemon, of Federal Defenders of San Diego, Inc., that:

1.  Defendant agrees to execute this stipulation on or before the disposition date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to Count 1 of the Indictment which charges defendant with a 3-year mandatory minimum count of bringing in aliens for financial gain and aiding and abetting in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2.

2.  Defendant agrees to plead guilty to the charge described above pursuant to the plea agreement before any material witness deposition.

1   3.   The material witness (Juan Manuel Torres-Torrijo) in this case:

2        a.   Is an alien with no lawful right to enter or remain in the United States;

3        b.   Entered or attempted to enter the United States illegally on or about March 2, 2006;

5        c.   Defendant knew or acted in reckless disregard of the fact that he was an alien with no lawful right to enter or remain in the United States;

7        d.   Was to pay $1,200 to be smuggled into the United States illegally;

8        e.   Intended to travel to Chicago, Illinois; and,

9        f.   May be released and remanded immediately to the Department of Homeland Security for return to his country of origin, Mexico.

11   4.   After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

15        a.   The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

17        b.   The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses; and,

21        c.   Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witnesses who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Victor Manuel Roman-Barboza          2          06CR0534-BEN

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness to the Department of Homeland Security for return to her country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 10/31/06

TIMOTHY F. SALEL
Assistant United States Attorney

Dated: 10/25/06

JOHN C. LEMON, ESQ.
Federal Defenders of San Diego, Inc.
Defense Counsel

Dated: 10/25/06

VICTOR MANUEL ROMAN-BARBOZA
Defendant

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 10/31/06

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Victor Manuel Roman-Barboza                3                                  06CR0534-BEN