# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL ROMAN-BARBOZA; and<br>SALVADORA COVARRUBIAS-SANCHEZ,<br><br>Defendants. | Case No. 06cr0534-BEN<br><br>**ORDER** |
|---|---|

**IT IS HEREBY ORDERED** that the personal surety bond of $5000.00 which secured the presence of material witness, JUAN MANUEL TORRES-TORRIJO, be exonerated forthwith, and the cash deposit of $500.00 be returned to the surety Roberto Rodriguez, at the following address: 4137 West 82nd St. Chicago, IL 60652.

DATED: March 1, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge